ZEISLER, Administrator, Respondent, vs. DIMLER and another, Appellants: VOLCK BROTHERS, INC., and another, Defendants and Respondents.

For the appellants: *Higbee & Johns* of La Crosse.

For the plaintiff-respondent: *Fred E. Steele* and *Elmer B. Mau,* both of La Crosse.

For the defendants-respondents: *Schubring, Ryan, Petersen & Sutherland* of Madison.

*By the Court.*—Judgment affirmed.